UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 22-80851-BPC
                                                         Chapter 13

DOROTHEA ANN JENNINGS,

    Debtor.

**ORDER DENYING CONFIRMATION AND DISMISSING BANKRUPTCY CASE**

The Chapter 13 plan filed by Debtor came before the Court for confirmation on January 11, 2023. For the reasons stated in open court, it is hereby

ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED for cause.

It is FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 12th day of January, 2023.

Bess M. Parrish Creswell
United States Bankruptcy Judge

c:    Debtor
      Dana M May, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors

*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*